UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JANET L. AUSTELL<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:26 CV 1785 RWS |

**MEMORANDUM AND ORDER**

On October 20, 2026, pro se Plaintiff Janet L. Austell filed a Complaint in this Court bringing claims against Defendants[1] related to alleged highway noise impacting her property. On November 13, 2026, Austell filed documents titled "Certificate of Delivery / Proof of Service." She states that she sent the named Defendants a copy of the Complaint via USPS certified mail. Upon review of her "Proof of Service" documents, I find Austell has failed to properly serve the Defendants pursuant to Federal Rule of Civil Procedure 4 and the Court's Local Rules.

[1] Austell's Complaint names eleven Defendants: the United States Environmental Protection Agency; Lee Zeldin; the United States Environmental Protection Agency Region 7; Jim Macy; Sean Donahue; Federal Highway Administration; Kevin Ward; Missouri Highways and Transportation Commission; Missouri Department of Transportation; and Edward Hassinger.

To properly serve the Defendants in this case, Austell may send *each* Defendant a Waiver of the Service of Summons form, Form AO-0399 on the Court's website, via certified mail. If she chooses to send each Defendant a waiver form, she must follow the instructions on the form regarding proper service of the waiver form upon each Defendant.

Alternatively, Austell may serve process in this case by filling out a Summons in a Civil Action form, Form AO-0440 on the Court's website, for *each* Defendant and submit them to the Clerk of Court. The Clerk of Court will complete the summonses and return them to Austell. Austell must then serve each Defendant with a completed summons and follow the requirements of Federal Rule of Civil Procedure 4(c) for service of process. If she chooses to serve process through this method, she *must also* file a Notice of Intent to Use Process Server using Form MOED-0004 on the Court's website.

Additionally, if Austell would like to receive filings in this case electronically, she may submit to the Clerk of Court a completed Request by Non-Prisoner Self-Represented Party for Electronic Noticing. The form can be found on the Court's website listed as Form MOED-0061.

Austell's "Proof of Service" documents filed on November 13, 2026 are insufficient to demonstrate that service of process was completed in compliance with the Federal Rules of Civil Procedure and this Court's Local Rules. As a

result, she is required to serve process upon each Defendant utilizing one of the two methods described above.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Janet L. Austell shall complete service of process upon each Defendant in this case according to the instructions in this Order.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 17th day of November, 2023.